UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHEFFIELD WOODS AT WELLINGTON
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.    Case No. 8:09-cv-1148-T-24 TBM

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motion to Extend Expert Witness Disclosures. (Doc. No. 39). In the motion, Plaintiff asks the Court to extend the expert witness disclosure deadline by three months and states that Defendant will agree to the extension if the Court will extend all remaining deadlines by three months. Plaintiff, however, will not agree to extending the trial date by three months.

Upon consideration, the Court denies this motion to extend the expert disclosure deadline without prejudice. The Court will extend this deadline if Plaintiff files an amended motion and agrees to the extension of all of the remaining deadlines by three months, which is necessary so that the Court will have sufficient time to rule on any dispositive motions before the pretrial conference.

    **DONE AND ORDERED** at Tampa, Florida, this 2nd day of February, 2010

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge